**LINK:** JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-6153 GAF | Date | April 25, 2012 |
|---|---|---|---|
| Title | Gwaine Collins v United States of Prisons | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers)**

Plaintiff filed a Complaint with this Court on July 26, 2012.

On April 16, 2012, the Court issued an Order to Show Cause RE: Lack of Prosecution in light of the Plaintiff's apparent failure to serve the Summons and Complaint. The Order specifically warned Plaintiff that the Court could dismiss this action 120 days after the filing of the Complaint as dictated by F.R.C.P. 4(m) if good cause was not shown for any extension of time. Plaintiff responded to the Court's Order to Show Cause on April 16, 2012.

To date, however, no proof of service has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | rf |  |